## In re TD AMERITRADE, INC., Petitioner.

### Misc. No. 107.

United States Court of Appeals, Federal Circuit.

June 21, 2012.

ON PETITION

### ORDER

Upon consideration of TD Ameritrade, Inc.'s withdrawal of its petition for writ of mandamus,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition for a writ of mandamus is granted. The petition is dismissed.

(2) Each party shall bear its own costs.

## In re HEWLETT–PACKARD COMPANY, Petitioner.

### Miscellaneous Docket No. 124.

United States Court of Appeals, Federal Circuit.

June 21, 2012.

Before NEWMAN, LOURIE, and O'MALLEY, Circuit Judges.

### ON PETITION

NEWMAN, Circuit Judge.

### ORDER

Hewlett–Packard Company ("HP") petitions for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying HP's motion to sever and transfer. Lodsys, LLC and Lodsys Group, LLC ("Lodsys") oppose.

In *In re EMC*, 677 F.3d 1351 (Fed.Cir. 2012), we recently set forth the standard for assessing a motion to sever under Federal Rule of Civil Procedure 21(a).

We deem it the better course for HP to first move the district court for reconsideration of its order denying HP's motion to sever and transfer in light of our decision in *In re EMC*. We therefore deny HP's petition for a writ of mandamus without prejudice to refiling.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is denied.